UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
v.                                 :          Case No.  8:05-cr-530-T-30EAJ
                                   :
RIGOBERTO SAME, JR.,               :
                                   :
          Defendant.               :
_____     :

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #365) of the United States of America for a personal money judgment in the amount of $946,000.00 in United States currency, **which, upon entry, shall become a final order of forfeiture as to defendant Rigoberto Same, Jr.**.

The court hereby finds that $946,000.00 in United States currency is the amount of funds obtained by the defendant as a result of his participation in the conspiracy as charged in Count One of the Indictment, for which defendant pled guilty.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Dkt. #365) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2(b)(2), defendant Rigoberto Same, Jr. is personally liable for a forfeiture money judgment in the amount of $946,000.00 in United States currency, which represents the amount of proceeds the defendant obtained as a

result of his participation in the conspiracy as charged in Count One of the Indictment.

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the total value of the $946,000.00 money judgment as substitute assets in satisfaction of the judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United States is entitled to seek as substitute assets (up to the amount of the forfeiture money judgment), and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.Same FMJ 365.wpd